EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI  #2286
Chief, Narcotics Section

LORETTA SHEEHAN
RACHEL S. MORIYAMA  #3802
Assistant U.S. Attorneys
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail:  loretta.sheehan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00579 HG |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | (United States' Motion to |
| vs. | ) | Amend Final Order of |
| | ) | Forfeiture to Include Certain |
| BETTY YI HERNANDEZ, | ) | Substitute Property of |
| a.k.a. "Suki," | ) | Defendant Betty Yi Hernandez; |
| | ) | Memorandum in Support of |
| Defendant. | ) | United States' Motion to Amend |
| | ) | Final Order of Forfeiture to |
| | ) | Include Certain Substitute |
| | ) | Property of Defendant Betty |
| | ) | Yi Hernandez; Declaration of |
| | ) | Jason Pa and proposed |
| | ) | Preliminary Order of |
| | ) | Forfeiture as to Certain |
| | ) | Substitute Property of |
| | ) | Defendant Betty Yi Hernandez) |
| _____ | ) | |

CERTIFICATE OF SERVICE

      I hereby certify that, on the date and by the method of service noted below, a true and correct copy of United States' Motion to Amend Final Order of Forfeiture to Include Certain Substitute Property of Defendant Betty Yi Hernandez; Memorandum

in Support of United States' Motion to Amend Final Order of Forfeiture to Include Certain Substitute Property of Defendant Betty Yi Hernandez; Declaration of Jason Pa; and proposed Preliminary Order of Forfeiture as to Certain Substitute Property of Defendant Betty Yi Hernandez, filed on May 25, 2006, was served on the following at their last known address:

    Served by First Class Mail:

        WILLIAM A. HARRISON, ESQ.    May 25, 2006
        Harrison & Matsuoka
        Davies Pacific Center
        841 Bishop Street, Suite 800
        Honolulu, Hawaii  96813

    DATED:  June 23, 2006, at Honolulu, Hawaii.

                EDWARD H. KUBO, JR.
                United States Attorney
                District of Hawaii

                /s/ Rachel S. Moriyama

                By_____
                  RACHEL S. MORIYAMA
                  Assistant U.S. Attorney

                Attorney for Plaintiff
                UNITED STATES OF AMERICA