# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

July 31, 2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER: CR. 03-00579HG

CASE NAME: U.S.A. vs. BETTY YI HERNANDEZ

ATTYS FOR PLA: Rachel S. Moriyama

ATTYS FOR DEFT: William A. Harrison

JUDGE: Helen Gillmor          REPORTER: Cynthia Fazio

DATE: July 31, 2006           TIME: 10:30 - 10:35

COURT ACTION: GOVERNMENT'S MOTION TO AMEND FINAL ORDER OF FORFEITURE TO INCLUDE CERTAIN SUBSTITUTE PROPERTY OF DEFENDANT BETTY YI HERNANDEZ -

The defendant is not present, and her presence is waived by counsel.

The motion is GRANTED.

David H. Hisashima, Courtroom Manager