```
EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI  #2286
Chief, Narcotics Section

LORETTA SHEEHAN  #4160
RACHEL S. MORIYAMA #3802
Assistant U.S. Attorneys
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail:  Rachel.Moriyama@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00579 HG |
| | ) | |
| Plaintiff, | ) | PLAINTIFF UNITED STATES' EX |
| | ) | PARTE MOTION FOR ENTRY OF |
| vs. | ) | FINAL ORDER OF FORFEITURE |
| | ) | AS TO CERTAIN SUBSTITUTE |
| BETTY YI HERNANDEZ, | ) | PROPERTY OF BETTY YI |
| a.k.a. "Suki," | ) | HERNANDEZ; DECLARATION OF |
| | ) | RACHEL S. MORIYAMA; EXHIBIT |
| Defendant. | ) | "A" |
| | ) | |

PLAINTIFF UNITED STATES' EX PARTE MOTION FOR
ENTRY OF FINAL ORDER OF FORFEITURE AS TO
CERTAIN SUBSTITUTE PROPERTY OF BETTY YI HERNANDEZ

Plaintiff United States of America hereby moves, ex parte, for the entry of a Final Order of Forfeiture As To Certain Substitute Property Of Betty Yi Hernandez.  This motion

is made pursuant to Fed. R. Crim. P. 32.2(c)(2), and is based on the attached Declaration of Rachel S. Moriyama and the pleadings filed herein.

DATED:  November 28, 2006, at Honolulu, Hawaii.

        EDWARD H. KUBO, JR.
        United States Attorney
        District of Hawaii

By   /s/ Rachel S. Moriyama
        _____
        RACHEL S. MORIYAMA
        Assistant U.S. Attorney