EDWARD H. KUBO, JR.   (#2499)
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI   (#2286)
Chief, Narcotics Section

LORETTA SHEEHAN   (#4160)
RACHEL S. MORIYAMA   (#3802)
Assistant U.S. Attorneys
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail:  Rachel.Moriyama@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO.  03-00579 HG |
| | ) | |
| Plaintiff, | ) | FINAL ORDER OF FORFEITURE AS |
| | ) | TO CERTAIN SUBSTITUTE PROPERTY |
| vs. | ) | OF DEFENDANT BETTY YI |
| | ) | HERNANDEZ |
| BETTY YI HERNANDEZ, | ) | |
| a.k.a. "Suki," | ) | |
| | ) | |
| Defendant. | ) | |

FINAL ORDER OF FORFEITURE AS TO CERTAIN
SUBSTITUTE PROPERTY OF DEFENDANT BETTY YI HERNANDEZ

WHEREAS, on July 31, 2006, this Court held a hearing on the United States' Motion to Amend Final Order of Forfeiture to Include Certain Substitute Property of Defendant Betty Yi Hernandez, and granted the motion at the conclusion of the hearing;

WHEREAS, on August 2, 2006, this Court entered a Preliminary Order of Forfeiture as to Certain Substitute Property of Defendant Betty Yi Hernandez which forfeited Betty Yi Hernandez's interest in the following property:

> $50,000.00 in United States currency seized from the Chief Clerk's Office for the First Circuit Court, State of Hawaii, on March 31, 2004

(hereinafter referred to as the "Subject Property");

WHEREAS, on September 27, 2006, October 4, 2006, and October 11, 2006, the United States caused to be published in the Honolulu Star-Bulletin, a newspaper of general circulation, notice of this forfeiture and of the intent of the United States to dispose of the Subject Property in accordance with the law and as specified in the Preliminary Order of Forfeiture, and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the Subject Property; and

WHEREAS, no timely claims have been filed or received, and the time to file petitions to allege an interest in the Subject Property has expired;

WHEREAS, the Court finds that Defendant Betty Yi Hernandez had an interest in the Subject Property that is subject to forfeiture pursuant to 21 U.S.C. § 853;

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Subject Property is hereby forfeited to the United States of America pursuant to 21 U.S.C. § 853.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title and interest to the Subject Property described above is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law.

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

IT IS SO ORDERED.

DATED:  Honolulu, Hawaii, December 20, 2006.



/S/ Helen Gillmor
Helen Gillmor
Chief United States District Judge

USA v. Betty Yi Hernandez; Cr. No. 03-00579 HG; "Final Order of Forfeiture as to Certain Substitute Property of Defendant Betty Yi Hernandez"