AO 422 (Rev. 12/85) Warrant for Arrest

ORIGINAL

SEALED
BY ORDER OF THE COURT

# UNITED STATES DISTRICT COURT
## District of Hawaii

| | |
|---|---|
| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
| V. | Case Number: CR 03-00579HG |
| BETTY YI HERNANDEZ, aka "Suki"<br>3075 Ala Poha Place, #1609<br>Honolulu, Hawaii 96818<br>(Name and Address of Defendant) | |

YOU ARE HEREBY COMMANDED TO ARREST BETTY YI HERNANDEZ, aka "Suki" and bring him or her forthwith to the nearest district/ magistrate judge to answer an Indictment , charging him or her with (brief description of offense)

Counts 1, 2, 49, 50, 98, 99: Title 21 USC § 856
Counts 2, 50, 99: Title 21 USC § 853
Counts 3-48, 49, 51-97, 98: Title 18 USC § 1956
Counts 49, 98: Title 18 USC 982

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 09 2007

at 9 o'clock and 25 min A m
SUE BEITIA, CLERK

in violation of Title 21 United States Code, Sections 856(a)(2), 856(b), 853, 856(a)(2), 18 USC 1956(a)(1)(A)(I), 1956(a)(1)(B)(I),

| Walter A.Y.H. Chinn | Clerk U.S. District Court |
|---|---|
| Name and Title of Issuing Officer | Title of Issuing Officer |
| *[signature]* | December 10, 2003 at Honolulu, Hawaii |
| Signature of Issuing Officer/Deputy Clerk | Date and Location |

Bail Fixed at NO BAIL - to be determined          By: Barry M. Kurren, United States Magistrate Judge

---

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| Date Received | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
|  | James Yuen G/S | *[signature]* |
| Date of Arrest 12-11-03 | | |